UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DAMARIS QUENTEZ QUINN                                                               PLAINTIFF

v.                                                                        CIVIL ACTION NO. 3:14cv738-DPJ-FKB

MANAGEMENT AND TRAINING                                                          DEFENDANTS
CORPORATION, et al.

ORDER

This cause came on this date to be heard upon the Report and Recommendation [24] of the United States Magistrate Judge, after referral of hearing by this Court. Magistrate Judge Ball recommended dismissal of a number of Plaintiff Damaris Quentez Quinn's claims. Quinn has failed to file an Objection in response to the Report and Recommendation, and the time to do so has passed.

Accordingly, the Court, having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court. Plaintiff's access-to-the-courts claim, his free-exercise and equal-protection claims, his Eighth Amendment prison-conditions claim, and his claims against Defendants Management and Training Corporation, Warden Frank Shaw, Warden R. Rice, Warden Buscher, and Chaplain E. Wigelsworth are dismissed.

**SO ORDERED AND ADJUDGED** this the 27th day of May, 2015.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE