UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DAMARIS QUENTEZ QUINN                                                              PLAINTIFF

v.                                                              CIVIL ACTION NO. 3:14cv738-DPJ-FKB

MANAGEMENT AND TRAINING                                                         DEFENDANTS
CORPORATION, et al.

ORDER

This pro se § 1983 action is before the Court on the unopposed Report and Recommendation [39] of United States Magistrate Judge F. Keith Ball. Defendants Tyeasa Evans and E. Wigelsworth [33] and Warden Buscher, Warden R. Rice, and Warden Frank Shaw [37] moved for summary judgment, and Quinn never responded to the motions. In his R&R, Judge Ball recommended granting Defendants' motions, dismissing the claims against Evans, Wigelsworth, Buscher, Rice, and Shaw with prejudice, and dismissing the entire case as Quinn never served process on Defendants Major Derrick Smith, Warden F. Ovalle, Captain Frank Young, and Officer Grace. Quinn failed to file an Objection in response to the R&R, and the time to do so has passed.

Accordingly, the Court, having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court. All of Plaintiff Quinn's claims against Evans, Wigelsworth, Buscher, Rice, and Shaw with

prejudice.  The claims against the remaining defendants are dismissed without prejudice.  A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 16th day of May, 2016.

                                                      s/ *Daniel P. Jordan III*
                                                      UNITED STATES DISTRICT JUDGE